PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**


FILED
MAR 14 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:04CR00001-01 |
| ) | |
| Daniel A. CUNNINGHAM ) | |

On June 16, 2004, the above-named was placed on probation for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

TERRI L. WILKINS
Senior United States Probation Officer

Dated:  March 7, 2006
        Sacramento, California

REVIEWED BY: _____
JOE E. GLASPIE
Deputy Chief United States Probation Officer

Rev. 03/2005
PROB35.MRG

Re:   Daniel A. Cunningham
      Docket Number:   2:04CR00001-01
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

__3/9/2006__
Date

WILLIAM B. SHUBB
United States District Judge

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG